1  YUO-FONG AMATO (SBN: 261453)
   bamato@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone: (619) 230-7714
4  Facsimile: (619) 696-7124

5  Attorney for Plaintiff

6  UNITED STATES DISTRICT COURT

7  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, LLC, a Delaware limited liability company, | CASE NO. 23-cv-00460-FMO-KK |
| Plaintiff, | **CROSSFIT, LLC'S NOTICE AND MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST MARTY SCARBERRY AND LEGENDS BARBELL** |
| vs. | |
| MARTY SCARBERRY, an individual; LEGENDS BARBELL, a California corporation | Date/Time: June 22, 2023, 10 a.m. Location: Hon. Fernando M. Olguin, Ctrm 6D |
| Defendants. | [MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION AND EXHIBITS CONCURRENTLY FILED] |

**TO THE DISTRICT COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 22, 2023 at 10 a.m., or as soon thereafter as the matter may be heard in Courtroom 6D located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Plaintiff CrossFit, LLC will present its application for a default judgment under Rule 55(b)(2) against Defendants Marty Scarberry ("Scarberry") and Legends Barbell ("Legends") (collectively herein, "Defendants"). The clerk has previously entered Defendants' default on September 17, 2023. (*See* ECF Nos. 20, 21.) At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Neither of Defendants is a minor or incompetent person or in military service or otherwise excepted under the Soldiers' and Sailors' Civil Relief Act of 1940;

2. Defendants were served with the Complaint on March 23, 2023, (ECF Nos. 17, 18), and have failed to answer or otherwise respond;

3. CrossFit, LLC is entitled to judgment against Defendants on CrossFit, LLC's breach of the Affiliate Agreement, breach of the Trainer Agreement, and Lanham Act claims pleaded in the Complaint;

4. The amount of judgment sought is the principal sum of $6,435.62, trebled to $19,306.86, as set forth in the attached Memorandum of Points and Authorities and declarations;

5. CrossFit, LLC is also entitled to a permanent injunction, enjoining Defendants—and their partners, principals, officers, directors, agents, servants, employees, trustees, receivers, attorneys, subsidiaries, and successors-in-interest, and all those acting in concert or participation with them with actual knowledge of the default judgment—from using the CROSSFIT® marks or confusingly similar marks, or otherwise infringing CrossFit, LLC's intellectual property rights.

This Application is based on this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Marshall Brenner and attendant exhibits, the attached Declaration of Yuo-Fong C. Amato and attendant exhibits, and the pleadings, files and other matters that may be presented at any hearing set by the Court.

/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated: May 16, 2023 | Respectfully submitted, |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/Yuo-Fong C. Amato* <br> Yuo-Fong Amato <br> Attorneys for Plaintiff <br> CrossFit, LLC |

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

-3-

CROSSFIT, LLC'S NOTICE AND MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST MARTY SCARBERRY AND LEGENDS BARBELL

23-cv-00460-FMO-KK