UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-00460-FMO (KKx) | Date | June 29, 2023 |
|---|---|---|---|
| Title | CrossFit, LLC v. Scarberry et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Candice Nam | Cole Cannon (telephone) |

**Proceedings:**   **Motion for Default Judgment [24]**

The court and counsel confer.

For the reasons stated on the record, the Motion for Default Judgment [24] is **denied without prejudice**. The default previously entered is hereby **vacated**.

Defendants shall file a responsive pleading no later than **July 20, 2023.**

If defendants fail to file a responsive pleading by July 20, 2023, plaintiff shall file a request for entry of default no later than **July 27, 2023**.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | gga |