Patrick J. Mulkern (SBN 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Candice S. Nam (SBN 293875)
cnam@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
CROSSFIT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CROSSFIT, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTY SCARBERRY, an individual; LEGENDS BARBELL, a California corporation,<br><br>    Defendants. | CASE NO.  5:23-cv-00460-FMO-KK<br><br>**JOINT STIPULATION RE PROPOSED FINAL JUDGMENT**<br><br>Complaint Filed: March 16, 2023<br><br>District Judge: Fernando M. Olguin<br>Courtroom: 6D<br><br>Magistrate Judge: Kenly Kiya Kato<br>Courtroom: 3 or 4, 3rd Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff CrossFit, LLC ("CrossFit") and Defendants Marty Scarberry and Legends Barbell (collectively, "Legends") hereby jointly stipulate as follows:

WHEREAS, Plaintiff CrossFit, LLC ("CrossFit") filed its complaint on March 16, 2023 (*see* ECF 1);

WHEREAS, default was entered against Legends on April 27, 2023 (*see* ECF 21);

WHEREAS, counsel for Legends entered a Notice of Appearance on June 29, 2023 (*see* ECF 33) and the default entered against Legends was vacated on June 29, 2023 (*see* ECF 32);

WHEREAS, in the interests of resolving this dispute, CrossFit and Legends consent to the entry of judgment as follows:

1. For the purposes of binding preclusive effect on Legends, as to future disputes between Legends and CrossFit, Legends admits the following:

   a. CrossFit is now, and has been at all times since the dates of issue, the owner of U.S. Trademark Reg. No. 3,007,458; U.S. Trademark Reg. No. 4,049,689; U.S. Trademark Reg. No. 4,053,443; U.S. Trademark Reg. No. 4,895,992; and U.S. Trademark Reg. No. 5,045,737 (collectively, "Registrations").

   b. Legends admits to the validity of the Registrations.

2. Legends, and those acting on their behalf—including their agents, servants, employees, independent contractors, companies, and partners—are permanently enjoined from using the term "CrossFit" and confusingly similar terms to sell, offer to sell, or otherwise advertise their products or services (the "Injunction").

3. Legends is bound by the Injunction regardless of whether CrossFit assigns or licenses its intellectual property rights to another, for so long as such

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

trademark rights are valid, subsisting, and enforceable. The Injunction shall inure to the benefit of CrossFit's successors, assignees, and licensees as appropriate.

4. CrossFit and Legends waive any rights to appeal this stipulated judgment—including, without limitation, the Injunction.

IT IS SO STIPULATED.

DATED: July 27, 2023    GORDON REES SCULLY MANSUKHANI

By: */s/ Patrick J. Mulkern*
Patrick J. Mulkern
Candice S. Nam
Attorneys for Plaintiff
CROSSFIT, LLC

DATED: July 27, 2023    CANNON LAW GROUP, PLLC

By: */s/ Cole S. Cannon*
Cole S. Cannon
Attorneys for Defendants
MARTY SCARBERRY and
LEGENDS BARBELL

### Attestation of E-Filed Signature

I, Patrick J. Mulkern, am the ECF user whose ID and password are being used to file this stipulation. Pursuant to C.D. Cal. L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the present filing is submitted, concur in the filing's contents and have authorized the filing.

DATED: July 27, 2023    */s/ Patrick J. Mulkern*
Patrick J. Mulkern