JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CROSSFIT, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MARTY SCARBERRY, an individual; LEGENDS BARBELL, a California corporation, <br><br> Defendants. | CASE NO. 5:23-cv-00460-FMO-KK <br><br> **FINAL JUDGMENT** <br><br> Complaint Filed: March 16, 2023 <br><br> District Judge: Fernando M. Olguin <br> Courtroom: 6D <br><br> Magistrate Judge: Kenly Kiya Kato <br> Courtroom: 3 or 4, 3rd Floor |

# FINAL JUDGMENT AND PERMANENT INJUNCTION

This Court, having made the following findings of fact and conclusions of law pursuant to the parties' stipulation:

Plaintiff CrossFit, LLC ("CrossFit") and Defendants Marty Scarberry and Legends Barbell (collectively, "Legends") have agreed to entering into the stipulated judgment as set forth herein. Good cause appearing, therefore, IT IS HEREBY ORDERED THAT:

For the purposes of binding preclusive effect on Legends, as to future disputes between Legends and CrossFit, Legends admits the following:

    a.    CrossFit is now, and has been at all times since the dates of issue, the owner of U.S. Trademark Reg. No. 3,007,458; U.S. Trademark Reg. No. 4,049,689; U.S. Trademark Reg. No. 4,053,443; U.S. Trademark Reg. No. 4,895,992; and U.S. Trademark Reg. No. 5,045,737 (collectively, "Registrations").

    b.    Legends admits to the validity of the Registrations.

Legends, and those acting on their behalf—including their agents, servants, employees, independent contractors, companies, and partners—are permanently enjoined from using the term "CrossFit" and confusingly similar terms to sell, offer to sell, or otherwise advertise their products or services (the "Injunction").

Legends is bound by the Injunction regardless of whether CrossFit assigns or licenses its intellectual property rights to another, for so long as such trademark rights are valid, subsisting, and enforceable. The Injunction shall inure to the benefit of CrossFit's successors, assignees, and licensees as appropriate.

CrossFit and Legends waive any rights to appeal this stipulated judgment—including, without limitation, the Injunction.

IT IS SO ORDERED.

Date: July 31, 2023

                                              /s/
                                  Hon. Fernando M. Olguin
                                  United States District Judge